IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| R.G., a Minor Child, § | | |
| by and through Teresa Reed, as Next Friend § | | |
| § | | |
| § | | |
| v. § | | 1:18-CV-330-SH |
| § | | |
| FCA US LLC, § | | |
| § | | |
| Defendant. § | | |

# **ORDER**

Before the Court is an Advisory to the Court Regarding Unsealing the Order Approving Minor Settlement. (Dkt. No. 26). All parties and the Guardian Ad Litem for the minor plaintiff ask the Court to unseal the Order Approving Minor Settlement and Agreed Final Judgment. (*Id.* (citing Order, Dkt. No. 23)).

Accordingly, **IT IS ORDERED** that the Clerk of Court shall **UNSEAL** the Order Approving Minor Settlement and Agreed Final Judgment (Dkt. No. 23). All other sealed filings in this case remain sealed.

**SIGNED** on October 3, 2019.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE